# Valli Kane & Vagnini

### Employee Rights Attorneys

600 Old Country Road     Tel: (516) 203-7180
Suite 519     Fax: (516) 706-0248
Garden City, NY 11530     www.vkvlawyers.com

September 19, 2025

**VIA ECF**

Hon. Lee G. Dunst
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 830
Central Islip, NY 11722

        **Re:**     *JaNeen West v. Long Island Housing Services, Inc. et al.*,
                **No. 2:25-cv-02591-NJC-LGD**

Dear Judge Dunst:

      The parties submit this joint status report per Your Honor's September 4, 2025, order. The parties have entered a settlement agreement and intend to file a stipulation of dismissal once the agreement's revocation period has expired and the agreement becomes effective.

                         Sincerely,

                         VALLI KANE & VAGNINI LLP

                         */s/ Brendan Carman*
                         Brendan Carman
                         bcarman@vkv.law

                         *Attorneys for Plaintiff*